UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, et al.,

Defendant.

Civil Action No. 26-0939 (JMC)

**PARTIALLY OPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Bureau of Alcohol, Tobacco, Firearms, and Explosives, Federal Bureau of Investigation, U.S. Department of Justice, U.S. Department of Health and Human Services, Immigration and Customs Enforcement ("ICE"), and U.S. Department of Homeland Security, by and through undersigned counsel, move for an extension to, and including May 18, 2026, of the current deadline of April 20, 2026, to respond to Plaintiff's Complaint, ECF No. 1, in this Freedom of Information Act ("FOIA") action.  The undersigned counsel contacted Plaintiff's counsel, who consented to a 30-day extension for Defendant ICE in light of its current furlough status but opposed a 30-day extension and was only willing to consent to a 14-day extension for the other Defendants.

1.      Plaintiff filed this lawsuit on March 18, 2026.  *See* ECF No. 1.  According to the docket, Defendants' deadline to answer or otherwise to respond to the Complaint is April 20, 2026 (the date on the docket, April 18, 2026, is a Saturday).

2.      Defendants respectfully request an extension of approximately 30 days, to and including May 18, 2026, to answer or otherwise respond to the Complaint.  Good cause exists for this extension because undersigned counsel requires additional time to review the Complaint with agency counsel and formulate a response.  In particular, ICE's FOIA office has been affected due to the lapse in appropriations and undersigned counsel requires additional time to consult with agency counsel for ICE.  Undersigned counsel also has a large docket of cases with competing deadlines and thus has been limited in his ability to confer with agency counsel for the other Defendants.  The requested extension would not affect any existing deadlines in this case other than Defendants' response deadline.  No previous extensions have been sought in this matter by Defendants.

3.      Pursuant to Local Civil Rule 7(m), the undersigned counsel contacted Plaintiff's counsel for Plaintiff's position on this extension request.  Plaintiff's counsel consented to a 30-day extension for ICE but opposed a 30-day extension and was only willing to consent to a 14-day extension for the other Defendants.  It would not be in the interest of judicial efficiency to have piecemeal answers or motions from the Defendants, and the two counts that Plaintiff raises in the Complaint FOIA were addressed towards the Defendants collectively and thus involve overlapping claims.  *See* Compl. (ECF No. 1) ¶¶ 38-49.  Thus, Plaintiff will not be prejudiced if the Court extends the response deadline to May 18, 2026, for all Defendants.

4.      A proposed order is attached.

- 2 -

- 3 -

Dated: April 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Xinyu Yang*
    Xinyu Yang, Texas Bar #24098643
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-7225
    Xinyu.Yang@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

      Plaintiff,

      v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, et al.,

      Defendant.

Civil Action No. 26-0939 (JMC)

## [PROPOSED] ORDER

Upon consideration of the Defendant's Partially Opposed Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before May 18, 2026.

**SO ORDERED**, this ___ day of April, 2026.

_____
Jia M. Cobb
United States District Judge

- 4 -